IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| NORMA JEAN GRANDISON | § | |
| v. | § | CIVIL ACTION NO. 6:09cv573 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Plaintiff's Motion to Dismiss (document entry #14) be granted without prejudice. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Plaintiff's Motion to Dismiss (document #14) is **GRANTED** and the above-entitled case is **DISMISSED** without prejudice. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 1st day of June, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**